IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| LARRY BARRETT, | : |
|     Plaintiff, | : |
| |   Case No. 3:14cv00102 |
| vs. | : |
| |   District Judge Thomas M. Rose |
| CAROLYN W. COLVIN, | :   Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, | : |
|     Defendant. | : |

# DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on October 22, 2015 (Doc. #22) is ADOPTED in full;

2. Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #21) is GRANTED;

3. The Commissioner is directed to pay Plaintiff's attorney fees in the total amount of $4,091.82; and

4. The case remains terminated on the docket of this Court.

November 10, 2015                              */Thomas M. Rose


                                               _____
                                                   Thomas M. Rose
                                               United States District Judge